United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 22-33231-H1-13 |
| | § | |
| Myrta I. Torres | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

## ORDER ON
## DEBTOR(S)' OBJECTION TO CLAIM NO(S). 3
## OF U.S. BANK TRUST NA
(This Order Resolves Docket No. _____)

The Court having considered *Debtor(s)' Objection to Claim No(s). 3*, it is hereby:

**ORDERED** that Claim No(s). 3 of U.S. Bank Trust NA is allowed in the total amount of $4,431.40 representing pre-petition arrears.

Signed: March 21, 2023

_____
Marvin Isgur
United States Bankruptcy Judge